373 A.2d 1126

Commonwealth v. Hudson, Appellant.

Argued March 14, 1977. John R. Gailey, Jr., for appellant; Floyd P. Jones, Assistant District Attorney, and Donald L. Reihart, District Attorney, submitted a brief for Commonwealth, appellee.

Judgment of sentence affirmed.

373 A.2d 1127

Commonwealth v. Hutchinson, Appellant.

Submitted November 16, 1976. R. Charles Thomas, and Bozic, Thomas & Johnson, for appellant; Donald E. Lewis, and Ballard Smith, District Attorney, for Commonwealth, appellee.

Judgments of sentence affirmed.

373 A.2d 1127

Commonwealth v. Jackson, Appellant.

Submitted November 8, 1976. Ralph J. Cappy, Public Defender, for appellant; Robert E. Colville, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

373 A.2d 1127

Commonwealth v. Jackson, Appellant.

Submitted June 22, 1976. Benjamin Lerner, Defender, for appellant; F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

373 A.2d 1128

Commonwealth v. Jackson, Appellant.